11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

KMAC Construction Services, Inc.

Appellant

Vs.                   No. 11-01-00298-CV B Appeal from Eastland County

Eagle Construction and Environmental
Services, L.P.

Appellee

 

The trial court signed the judgment on June
18, 2001.  The appellate record was
filed on December 12, 2001.  Appellant=s request for an extension of time in which
to file its brief was granted, and the brief was due to be filed on or before
May 20, 2002.  Appellant has failed to
file its brief, failed to file a second motion for extension of time, and
failed to respond to our letter of June 5, 2002, advising that the appeal was
subject to dismissal for want of prosecution.

Therefore, the appeal is dismissed.  TEX.R.APP.P. 38.8(a)(1) & 42.3.

 

PER CURIAM

 

September 26, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.